Dear Judge,

My name is Alberto Cisneros, I currently own 4 Restaurants in Leesburg Florida. I met Ben back in 2016/2017 when I only had one Bar/Restaurant, he would frequent my establishments with other mutual friends. Since the first time we met, Ben has always been respectful and a great friend. Throughout the years we always kept in touch periodically, I expanded and opened more restaurants, and he would be working at a few places plus he was doing his leather holsters for a while. He would come in and we would catch up for a few hours about things going on in our lives.

In 2021 Ben started to work for me in one of my Restaurants called The Brick & Barrel in Leesburg Florida, I was so excited when I first saw him with a B&B shirt on, I knew we had hired a good one. He became my Manager for the front of the house, he did a phenomenal job. Always sensitive to my employees needs but firm when ever he needed to address an issue. He was always respectful to my customers and my business partners. Not once did I ever notice a sign of aggression towards anyone since I have known him.

We trust Ben fully, so much so that when we wanted to expand into another city, Eustis, Ben was right there in our meetings with the owners talking about the details. He was in charge of our drink menu at Brick & Barrel, and of course we wanted him to have input in the new bar menu for our new restaurant. We opened the second location to the brick and barrel in eustis in June of 2022. He would go back and forth from one location to the next helping train my new bartenders and doing anything that was needed. Never heard him complain at all. He was so excited to see us grow, when we were talking about opening up a speakeasy in Leesburg, he jumped on the opportunity to be the manager there too. Craft cocktails was his specialty and that place would have suited him perfectly. Unfortunately we ran into a bit of problems with the city permitting department and our plans for that space got pushed back, we still have not opened the speak easy till this day.

I remember when Ben came to me to let me know he was thinking of moving up north, I was sad to see him go, but of course I was happy for him for following his dream. Ben has helped us a lot in the time he worked for us. His character and personality is one of the main traits I like about him. I've always felt safe being around ben because I know he can handle his own.

I understand Ben was at the wrong place at the wrong time with the wrong crowd, but Ben Cole is not a bad person, he would never harm another person, or someones property, we have a lot of mutual friends in common and not once did I ever hear anything bad about Ben. Politics are a very strong subject for a lot of people I can easily see the events that happened at the capital get out of hand real quick. Republicans were upset Donald trump lost the election to Joe Biden, I too was extremely upset.

in conclusion I just want to say that Ben is an amazing friend, a great leader, a motivator and all around great guy. I would trust my businesses in his charge, and would gladly hire him back if he were to ever move back down to Florida.

Thank you for your time,

Sincerely,

Alberto Cisneros

Date: 7/9/2023

Christine R. Cruz

Eustis, Florida 32726

July 14, 2023

To whom it may concern;

I have known Benjamin Cole as a friend and client for over four years. I was both troubled and surprised to hear about his recent case, as he has always been a man of solid moral character. For this reason, I am happy to write a letter of reference for Mr. Cole. It is truly the least I can do for a man who has helped me and my family thrive. I understand the seriousness of this matter, however, it is my hope the court will show leniency.

I have always known Mr. Cole as an upright character in the community. From the beginning of our friendship and business relationship, he has provided a tremendous positive impact. I work in graphic design, web development, and marketing. Although I have been in the industry for over 20 years, I always worked at firms such as Harris Corporation, The Tribune, and Mission Inn, amongst others. Mr. Cole hired me to complete a small graphic design for a project of his in 2020, and his praise and positive word of mouth provided me with a much-needed confidence boost in my abilities to complete work independently.

Shortly after, Covid-19 made its way into our town. Mr. Cole's confidence in my abilities was key to the decision to start my agency. Mr. Cole made it a point to be there and show a significant amount of support, including hiring my then-new agency for other projects. Additionally, he spread the word about my talent and professionalism.

I fully credit Mr. Cole's good reputation in the community, professionalism, and character for my agency's great start. Due to this agency, my entire family was able to stay solvent during this worldwide crisis. Without Mr. Cole's great moral character, I truly do not believe my family would have faired well during our National Crisis.

While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. It is my sincere hope the court considers this letter at the time of sentencing. Despite the current case, I still believe Mr. Cole to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

*Christine R. Cruz*

Christine R. Cruz
Founder and CEO of Compass Creative Group
Founder of CleanUp Eustis
Recipient of Multiple "Volunteer of Year" Awards in Lake and Sumter Counties

Your Honor,

My name is Danielle Adler-Taylor and I am writing on behalf of Ben Cole. I've known Ben for approximately 5 years as a prominent member of our community here in Lake County, Fl. I met Ben through his place of work and immediately recognized him as a rare person. He is very professional, incredibly intelligent, and is amongst the most personable people I've ever met. Ben works hard to provide for his family, which I think is something we all can relate to.

I am a single mother of two children, ages 14 and 7. My daughter is the 14 year old and is a member of JROTC. Although that is primarily based on AirForce tactics, she hopes to serve as a US Marine when she graduates college. I genuinely fear for my children's future, given the state of our society in America today. I have an aunt and uncle who both served in the US Airforce and are now both surgeons. My mother is a regional director for the department of corrections in Florida. I also have a brother serving a sentence for DUI manslaughter. I say all of this to say, I see all sides of the justice system.

When I was growing up, I remember my parents always telling me we never talk religion or politics. Your Honor, I more than believe, I KNOW, we were stronger as a society when this rule was prominent amongst the American society. However, times have changed. While the American people have always been passionate, we have not always been this loud about our political beliefs. I believe this comes from the media. The media breeds hate and division.

I cannot imagine the stress and pressure you feel daily being a judge at your level. I'm simply writing in hopes that you see the need for both justice and mercy. I know Ben to be a good man, a family man, an honest man and a man who cares about his children's future, his family's future, and the future of this great nation. His sentencing is not only his. It is his family's' and friends' as well. Ben is a productive member of society. He is an inspiration and role model to many in our community. The friendliness, compassion, and work ethic of Ben is unmatchable.

My hope is that you see through the many letters received that you feel what his family, friends, coworkers and patrons see in him. Dependability and honesty are the two words that come to mind for me. Please consider us all as you consider the sentence you see fit. Please consider that no one was physically harmed. Please consider that there are people who depend on him.

Respectfully,

**CDK GLOBAL**

**Danielle Adler**
Customer Success Manager
---------------------------------------------------

███████████
███████████
███████████
Hoffman Estates, IL 60169

Dear Judge McFadden,

I am writing this letter for my son Benjamin James Cole. Ben has never been in any trouble with the law or given me any problems when he was growing up, he is a good caring person who is willing to help his family and even complete strangers when he sees a need whether it is filling a tank with gas, helping pay bills or buying food. I have been witness to his generosity.

He is a great role model to his son and his nephews. Showing them how to give and earn respect was always priority. He was also a great teacher when it came to them, whether it was teaching them a valuable life skill or just making them think about what their goal is and how to accomplish it.

I am very proud to be his mother. He has recently moved to Middletown, Kentucky, gotten engaged to a wonderful, loving lady, he has an excellent job with good benefits that he will need to provide for his family. He has always been an extremely hard worker.

I know he has shown us great remorse for his actions that day. He explained to us what happened and we believe it when he says, "that's not why we went there and I didn't go there for that." He has said since the day of his arrest he is ready to pay his debt to society and he's ready for all this to be over. I hope that you will take into consideration everything I have written about my son, Benjamin when you sentence him. Thank you for your time and thank you for being understanding.

Sincerely,
Debra Ann Summers

Leesburg, FL 34788

Judge McFadden:

My name is Jason Gajentan. I'm a former Marine Sergeant and formerly the Director of Engineering & QA for GWS Tool Group. Currently I'm a part owner a beekeeping supply store and Apiary, and am part owner of a startup mobile semi truck repair business.

I write this letter to attest to the character of Benjamin Cole, a man that has found himself in the company of men who care deeply about their country, and their fellow countrymen, but definitely didn't express that care in the best of ways. I met him around 10 years ago through mutual friends and got to know him through conversations over a cold beer. I don't associate with angry or violent people; I'm careful about the men I associate with. I'm happy to call Ben Cole a friend. We don't talk much, but when we do, he shares himself openly, genuinely. It can be felt and he can be trusted to tell the truth.

Ben Cole is a sweet man. He isn't easily angered, and I haven't ever even heard him talk about using violence against another human being. He's always been respectful of others and to others and the worst I've seen him do is dismiss someone. He works hard and does everything he can to support his family and friends. He's levelheaded, logical, and kind - the kind of man that I want to surround myself with.

This all may seem inconsistent with his actions - he trains with and trains others with firearms. As a United States Marine, myself, I know that preparing for anything that could come my way does not mean planning on being violent. I hope the concerned parties reading this letter are able to distinguish between and accept the difference between readiness and inherent violent. And then there's the alleged insurrection on January 6th. He showed up at an event with men I know nothing about. I don't watch the news and don't get any more involved than sharing a joke about any event I hear about on social media. If any of them are violent people, then his association with them is also out of character.

After hearing that Ben was tangled up with the group that planned and executed the events on January 6 I felt let down - this isn't what any of us want to hear about our friends. I did utter the words "what an idiot… I can't believe this [news]", but overtime I was able to understand, or maybe remember, that this man cares deeply, and to realize that his failure was that he allowed himself to be misled. When I was able to speak with him again, I wasn't sure what to expect. His presence in the capitol on the sixth was a departure from his true character in my eyes, I was relieved to hear him say that he regretted going, and that he thought it stupid to have gone to participate. He told me that what happened there isn't what he thought was going to happen and I believe him.

Now, Ben only wants to work, and care for his son and his fiancée. Please be lenient on my friend. I'm sure that time in jail cannot make him regret his decision to be there more than it already does. I've never had to speak with a judge about anything like this and don't know what will leave the right sized impact on you… He won't be caught associating with the kind of men that got him into this mess again; he just isn't the type to be in trouble at all.

I understand that punishment may be necessary.  I ask you to consider applying what the minimum sentence is..  hopefully that's probation or some kind of house arrest that would allow him to continue to be productive at work, and supportive at home.

Thank you for your time and consideration.

With kindness,
Jason Gajentan

Dear Judge McFadden,

I am writing this letter on behalf of my future Son in Law Benjamin Cole, who is set to appear before you on October 3, 2023.

My Husband and I met Ben back in July 2022 when my Daughter was home visiting and he came to take her on a date. First impressions says everything about a person, and Sir I can tell you he is the most respectful, genuine, honest, and loving person you could ever ask for especially for your Daughter and over this past year he has exceeded all those qualities and then some. He has made my Daughter the happiest woman I have EVER seen her within her adult life and she is 28.

My grandson and I were there the morning the FBI came and arrested him. My heart broke, as he walked by me and the last words he said to me was "I love you Mom"and I said "I love you too."

Since that day, we all have had lots of discussions about his actions on January 6, 2021 and Ben can't' express  enough how remorseful he is , and regrets even being there in Washington that day and wishes he could take it all back.

For the last 15 months, I have witness and come to know and love Ben more then the first time I met him, and  thank the good Lord above for bringing him into our lives especially our daughters. I have seen first hand how he always puts everyone before himself. His honesty and loyalty shows to all of us, as well as his friendships with others. I truly in my heart, know without a shadow of a doubt, he had no violent intentions when traveling to Washington, but I do know he knows and understands the consenquences of his behaivor.

I have met Ben's mom, son, sister and his nephews and he is a huge part and influence in all their lives. Those 3 boys look up to him and love him dearly, WE all do. He is ashamed of what happen and shows every day by being more involved in his community and by being a hard worker at his great job with Ford Motor Company. I truly believe that leniency would be the best  option so he can continue growing in his community and being able tp provide for his family. My daughter, future grandson and future grandchildren depend on him emotionally, financially and physically for his support. Leniency would also enable him to get on with his life at his job with the oportunity to move up the chain with his great leadership skills and dedication to be the best he can be.

I kindly ask you Your Honor, to please take into consideration all his qualities and achievements he has accomplished  and truly know how remorseful he is and can see the man he has become.I LOVE my children and want to see them live their best life together and continuing growing their little family, as any Mother would. Please have leneincy on him.

Thank you for taking the time to read my letter.


Sincerely,

Lori Michelle Lange

███████████████

Eustis, FL. 32726

███████████

Dear Judge McFadden,

I am writing this letter on behalf of my fiancé, Benjamin Cole, who is set to appear before you on October 3, 2023.

I have known Ben for more than three years. Our friendship grew over two years before it developed into something so much more. Ben has always been the most respectful, caring, patient, and understanding person I know. We have plans on being married soon and adding to our family.

Ben moved to Kentucky in August of 2022 and we finally were able to begin our lives together. He started working at Ford Motor Company and has been able to provide a better life for us and his son. Not even a year into working there, he has been offered a management position. He is an extremely hard worker. I admire his drive and the passion that he puts into everything that he does. He inspires me and pushes me to be the best version of myself. Ben lights up any room he is in and is able to make friends everywhere that he goes. His thoughtfulness and kindness are contagious. He is an amazing mentor and father. I see how much his son looks up to him. I can't wait for our future kids to do the same.

Throughout our time together, I have witnessed Ben constantly prioritize everyone before himself. He always goes above and beyond to help others and is always first to help someone in need. I truly believe he understands his mistakes and what happened was completely out of character for him. He has expressed his remorse to me on numerous occasions. He has been doing everything possible to try and make amends and become an active member of society. I believe leniency to be the best option so he can continue to be an active member in the community and to be able to provide for our family. His son and I rely on him for emotional, financial and physical support.

Ben moved away from everything and is currently living a completely different life than he was at the time. I have watched him grow and change so much as a person. He hasn't spoken to or had any association with the people that are involved for almost two years now. He feels extremely apologetic and I am confident that he will continue to do better. He has never shown me any signs that he is a threat or has bad intentions.

I kindly request that you can take into consideration these qualities and the positive impact that Ben has had on the lives of those around him. Thank you for taking the time to read this letter.

Sincerely,
Madalyn Bickel

Louisville, KY 40243

Dear Judge,

My name is Matthew Murphy. I work at Ford Motor Company alongside Ben at the Kentucky Truck Plant.

In light of this pending court case, I'd like to share my thoughts of Ben as a coworker and friend. At work Ben is a hard worker. He can hop in almost anywhere in the area and hold a job for the day. Working on an assembly line, this is not an easy thing to do. Ben will do what's best for the team, even if that means he will work harder for the day. I believe working in this plant is a place Ben can raise a family, contribute to society, and lead a fulfilling and productive life. As a friend, Ben is loyal, giving, and present when I need him. In the short time we've known each other, he's won me over as a close friend.

I believe that Ben realizes that he made a mistake. I also believe that he is remorseful and regrets his actions. I don't think his pending case is an accurate representation of his character. He is a good man and friend who made a mistake.

If Ben meets the criteria for leniency, I think he deserves it. This would help him start the next chapter of his life while keeping his job at Ford, continuing to be a great father to his son, a loving husband, and loyal friend. All while continuing to contribute to our community.

_____
Matthew Murphy
█████████
Louisville KY    █████████

Dear Judge McFadden,

Where do I begin about Benjamin Cole? I met him several years ago prior to January 6th. He initially came off as someone who has a very huge heart with a headstrong can do attitude pertaining to his convictions. He also, due to part of his profession pertaining to working at a gun shop was constantly surrounded by people who had ideas; if you hear something a thousand times no matter how independent you may be, you start to accept it. That is what happened to Benjamin Cole, he was around the wrong people and started to feel that's who he was bound to be. However, that is NOT who he is. He is someone with a highly motivated drive with an intellect and charm that suited him well for bartending, making friends, and being a father. I have only known him a few years but in that time I have seen him sacrifice for others, love his son, lose his Father, and gain a fiancé and new life in Kentucky. When his father passed his entire idea of what's really important in life took precedence. Mr. Cole is loyal to a fault, and his past shows this. His present shows that is he determined to get away from reckless and potentially violence-forward people who have no regard for the futures of others. I believe that financial burdens, and the stresses of having a family can overwhelm the best of us when one has a small town background without lots of opportunity. Benjamin moved away, one: to start a new life, two: to be closer to his family's history, and three: to potentially have a future.

   Throughout our friendship, Mr. Cole, has known my legal and addiction history and also understands the plight of someone sober trying to right the path of their life. He has supported me mentally, emotionally, and financially at times. Always willing to lend an ear and always willing to take a phone call or make time for me no matter the time of day. He has helped keep me on the path of sobriety and towards the gate that is narrow so that I may have a life that I've earned and is worth having.

   In Lake County where we met, many people know of or have met Benjamin Cole, but very few people are persons he calls a friend. I have been blessed to get to know him, and fortunate that he considers me one of his best friends. I have been one of the few to see him with his fiancé, and his son, both in Florida and in Kentucky. He is a good man, with a big heart. He is charming, loyal, humorous, adventurous, with an intellect few have, and loving. He is doing everything he can to make a better life for his son and the family he is building.

Sincerely,
Michael Daniel Collar

Dear Judge,

I have known Ben since July 2022. My wife, daughters, and grandchildren were in the house in Kentucky when Ben was arrested by the FBI in the middle of the night.

In all our discussions about his actions on January 6, 2021, Ben has expressed nothing but remorse. He was completely honest with our daughter about his charges before his arrest. And he was completely honest with my wife and I after his arrest.

In the previous twelve months I have not witnessed or heard of any malicious words or actions regarding Ben, and I believe he understands the seriousness and consequences of his behavior. While I believe he had no violent intentions when travelling to Washington, I do know that he understands actions have consequences.

I have met his son, mother, sister, and nephews. Ben has an active part in all their lives. Leniency for Ben would allow him to remain a large part of their lives, and to be a good role model. In all my discussions with Ben, I know that he understands the seriousness of his behavior and has learned a valuable lesson.

Leniency would enable him to get on with his life and continue with his great job at Ford Motor Company with the potential opportunity of moving up the chain with his leadership skills. The care and wellbeing of his fiancée, son, mother, and himself would be greatly improved and appreciated by a show of leniency in his sentence.

Michael Lange

8-1-2023

Eustis, FL 32726

July 15, 2023

To whom it may concern.

Please accept this letter as my attestation to the character of Ben Cole.

I have known Ben for over 10 years in a personal capacity. He was instrumental in the multiple storm cleanups we encountered while living in Florida. In addition, he helped with our farm in Florida when my husband was incapacitated.

I find Ben's character to be of the utmost.  He is trustworthy, responsible, and the first to come to the aid of a friend or foe.

I have never witnessed Ben to have a temper or react erratically to any situation; if anything, he is quite the opposite.  This situation is quite unfortunate, out of character, and not representative of his personal character.

Ben has been a strong role model for my daughter. His values are strong and his willingness to help out anyone regardless of status is admirable.

I cannot share enough positive things in support of Ben as a man and as a contributor to society.

Please do not hesitate to reach out with any questions.


My best,

Michele FitzGerald

Dear Judge McFadden,

  My name is Makayla Close. I live in Lake County Florida and I am Benjamin's soon to be sister in law. I have known Ben for almost two years and would like to share some of my thoughts about him. Ever since Ben has met my sister his life has completely changed. Moving 1000 miles away from everything he's known, getting a great job working at Ford Motor Company and in just a short amount of time being offered a lead position. I have watched Ben over the last two years be a wonderful dad to his 14 year old son Elijah. He's shown how caring and loving he is by being an amazing uncle to not only my children but the rest of his nieces and nephews as well. Ben has worked really hard to be a good person and it shows in his actions. My sister and Ben are working towards advancing their careers and lives further. They are getting married in October of this year and are currently working on remodeling their home and eventually plan on growing their family.

  Ben realizes that he made a terrible mistake. He is very remorseful for what he did and if he could go back and change being there I know for a fact he wouldn't have gone. I don't believe the actions that took place on that day represent the man Ben is at all. I truly believe he was just in the wrong place at the wrong time. He is a good person who made a bad mistake.

  Your Honor, if you could show Ben some leniency this would help him keep and further his career. He will continue to be a good father, friend, husband and he will continue to contribute to society.

_____
Makayla close



# New Life Baptist Church

June 07, 2023

Dear Judge McFadden:

    I am Greg Wilmore, Senior Pastor at New Life Baptist Church in Leesburg, Florida. Our church reaches into the community to encourage and support the locals in various ways. Some of these events include patriotic events honoring local military veterans. At some of these meetings I had the opportunity to get to know Mr. Ben Cole. Our first meeting together was in August of 2021. We spoke about love for country as well as love for the Lord. As a pastor, I can make quick assessments of the character and honesty of an individual. I found him to be very honest and open. He displays a love for this country as well as for fellow man. I feel he has good intent in his actions and truly believes what he is doing is right. Furthermore, I feel he does not display a desire to be noticed and praised for his care for others but does these actions out of a pure heart. He was usually one of the first to arrive and last to leave after every area of clean up was finished.

    I would be honored to have more men like Ben as my friend and fellow church member. I understand that leniency is not disbursed at random, but please consider his character and love for country when making your decisions. Leniency on his account would greatly increase his appreciation for this great country. Until a person has experienced forgiveness, they cannot truly experience peace in their life, spiritually or judicially. Thank you for your consideration.

God Bless,

Pastor Greg Wilmore
New Life Baptist Church

10035 Poe Street ~ Leesburg, Florida 34788 ~ Phone/fax (352) 728-0004
NLBCLeesburg.org