# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **BENJAMIN COLE**, <br><br> Defendant. | Case No. 1:23-cr-113 (TNM) |

## ORDER

Benjamin Cole pleaded guilty to, and received a sentence for, one count of civil disorder, in violation of 18 U.S.C. § 231(a)(3). Cole now requests permission to travel to Florida to help his son move from Florida to Kentucky to live with Cole and his wife. *See* Probation Pet., ECF No. 92. Cole only requests permission to travel between January 2 and 3, 2024. And Cole will stay with family in Florida, where the Western District of Kentucky will be able "to monitor his activity." *Id.* at 1. Because good cause supports Cole's travel request, and because the Probation Office recommends granting it, it is hereby

**ORDERED** that Cole's [92] Travel Petition is GRANTED.

**SO ORDERED**.

Dated: December 29, 2023

/s/
TREVOR N. McFADDEN, U.S.D.J.